# C A R Y   K A N E

A LIMITED LIABILITY PARTNERSHIP FOR THE PRACTICE OF LAW

1350 Broadway, Suite 1400
New York, NY 10018

ANTHONY P. CONSIGLIO
ACONSIGLIO@CARYKANE.COM

WRITER'S DIRECT TEL/FAX
(212) 871-0537 (T)
(646) 599-9577 (F)

September 6, 2019

**By ECF**

Honorable Paul E. Davison
United States Magistrate Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

    Re:  **Shollenberger v. New York State Unified Court System, 18 CV 9736 (VLB) (PED)**

Dear Judge Davison:

This firm represents the Plaintiff, Elizabeth Shollenberger.  I am writing to inform the Court that Judge Shollenberger passed away yesterday, and to request a stay of proceedings for 90 days to allow time for her estate to form and consider whether to pursue any of the claims in this litigation.  I conferred with Defendants' counsel, and all Defendants consent to this request.  If the request is granted, the telephone conference with the Court currently scheduled for September 19, 2019 should be cancelled, and the estate will file a letter with the Court on or before December 6, 2019 conveying its intentions.

Judge Shollenberger was deeply appreciative of the Court's attention to her case.

Respectfully submitted,

Anthony P. Consiglio

cc:  All Counsel (by ECF)